**Corrected Opinion issued November 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-17-00617-CR

———————————————

## IN RE RONALD CHARLES WASHINGTON, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### CORRECTED MEMORANDUM OPINION

Relator Ronald Charles Washington was convicted of aggravated assault of a family member using a deadly weapon, and his conviction was affirmed on direct appeal over two years ago. *See Washington v. State*, No. 01–13–00369–CR, 2014 WL 4658476 (Tex. App.—Houston [1st Dist.] Sept. 18, 2014, no pet.). He has filed a

petition for writ of mandamus to compel the trial court to rule on motions he claims to have filed in January 2017.<sup>*</sup>

Washington claims he filed unidentified motions in January 2017 and the district court has not responded. He claims he contacted the court clerk who allegedly told him the case had been closed. Washington does not state what motions were filed and includes no record.

Washington has not established his right to mandamus relief because he has not provided an adequate record. *See* TEX. R. APP. P. 52.7(a) (relator must include copy of every document material to his claim for relief that was filed in trial court); TEX. R. APP. P. 52.3(k)(1)(A) (appendix must include copy of order or other document showing matter complained of).

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Higley, Massengale, and Lloyd.
Do not publish. TEX. R. APP. P. 47.2(b).

---

<sup>*</sup> The underlying case, *The State of Texas v. Ronald Charles Washington*, cause number 1357621, was tried in the 178th District Court of Harris County, Texas. The Honorable Kelli Johnson is the current presiding judge of the trial court.